UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § v. § § FRANKLIN TREJO-CHAVARRIA, § a/k/a "Impulsivo," § § EDGARDO MARTINEZ-RODRIGUEZ, § a/k/a "Largo de Pino," a/k/a "Largo," § a/k/a "Edgar," a/k/a "Payaso," § § JULIO VIGIL-LOPEZ, § a/k/a "Hades," § § WALTER ANTONIO CHICAS-GARCIA, § a/k/a "Walter," a/k/a "Mejia," § § LUIS ERNESTO CARBAJAL-PERAZA, § a/k/a "Destino," a/k/a "Chele," § § CARLOS ALEXI GARCIA-GONGORA, § a/k/a "Garcia," a/k/a "Lil Maligno," § § WILSON JOSE VENTURA-MEJIA, § a/k/a "Discreto," a/k/a "Disco," § § ANGEL MIGUEL AGUILAR-OCHOA, § a/k/a "Darki," § § MARLON MIRANDA-MORAN, § a/k/a "Chinki," § § WILMAN RIVAS-GUIDO, § a/k/a "Inquieto," and § § CARLOS ELIAS HENRIQUEZ-TORRES, § a/k/a "Kalin," § § Defendants. § | CRIMINAL NO. 3: 22-cr-0018 (RICO Conspiracy, 18 U.S.C. § 1962(d); Murder in Aid of Racketeering, 18 U.S.C. § 1959(a)(1); Conspiracy to Commit Murder in Aid of Racketeering and Attempted Murder in Aid of Racketeering, 18 U.S.C. § 1959(a)(5); Using, Carrying, Brandishing, and Discharging a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. §§ 924(c)(1)(A)(i)-(iii); Causing Death Through the Use of a Firearm, 18 U.S.C. § 924(j); Obstruction of Justice, 18 U.S.C. § 1512(c)(1); and Aiding and Abetting, 18 U.S.C. § 2; Forfeiture, 18 U.S.C. §§ 981(a)(1)(C) & 1963, 21 U.S.C. § 853, 28 U.S.C. § 2461(c)) |

1

## NOTICE OF INTENT NOT TO SEEK THE DEATH PENALTY

COMES NOW the United States of America, by and through its counsel, Alamdar S. Hamdani, United States Attorney for the Southern District of Texas, John M. Lewis and Britni Cooper, Assistant United States Attorneys, David L. Jaffe, Chief of the Organized Crime and Gang Section of the U.S. Department of Justice, Julie Finocchiaro, Gerald Collins, and Matthew Hoff, Trial Attorneys, hereby notifies the Court and counsel for the following Defendants that it does not intend to seek the death penalty against them:

Edgardo Martinez-Rodriguez

Julio Vigil-Lopez

Wilman Rivas-Guido

Respectfully submitted,

*/s/ John M. Lewis*
John M. Lewis
Britni Cooper
Assistant United States Attorneys
United States Attorney's Office
Southern District of Texas

Julie A. Finocchiaro
Gerald Collins
Matthew Hoff
Trial Attorneys
Department of Justice
Organized Crime and Gang Section

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent to all counsel of record for each defendant on the date of this filing via ECF notification and electronic mail.

*/s/ John M. Lewis*
John M. Lewis
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
